UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| ERIC THOMAS NOE, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>IVAN KROW, )<br>*Warden*, *Little Sandy Correctional* )<br>*Complex*, )<br>)<br>Respondent. ) | Case No. 5:24-cv-00311-GFVT-EBA<br><br>**JUDGMENT** |

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Eric Thomas Noe's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 **[R. 1]** is **DISMISSED WITH PREJUDICE**.  Judgment is entered in favor of the Respondent with respect to all issues raised in this proceeding.

2. Respondent Krow's Motion to Dismiss is **[R. 9]** is **GRANTED**;

3. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

4. This is a **FINAL** Judgment and there is no just cause for delay.

This the 25th day of March 2025.

Gregory F. Van Tatenhove
United States District Judge